UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,
                      Plaintiff,

      -v-

NEW YORK CITY TRANSIT AUTHORITY,
                      Defendant.

21-CV-7048 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff requests an extension to September 23, 2022, to respond to Defendant's motion to dismiss his complaint. Plaintiff has already requested and received extensions totaling over 6 months to respond Defendant's motion, which is relatively straightforward and supported by a ten-page brief.

    Accordingly, Plaintiff's request for a further extension is GRANTED IN PART. Plaintiff shall file any response to the motion to dismiss by August 23, 2022, or the motion will be considered unopposed.

    The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

    SO ORDERED.

Dated: July 26, 2022
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge