```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                  Plaintiff(s),

       -v-

NEW YORK CITY TRANSIT AUTHORITY,

                  Defendant(s).

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Defendant New York City Transit Authority requested an extension of the September 30, 2024 fact discovery deadline and a conference with the Court to set dates certain for outstanding discovery. (Doc. No. 81.) To date, the Court has received no response from Plaintiff objecting to this request.

    Accordingly, a conference is on **October 10, 2024 at 10:00 a.m.** by telephone. The parties should contact Chambers using the Court's conference line, +646-453-4442 (Conference ID: 703038583#). At the conference, the parties should be prepared to discuss all outstanding fact discovery and the anticipated time needed for its completion.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.

1

**SO ORDERED.**

Dated: October 2, 2024
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge