USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff(s),

-v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant(s).

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's directive, the parties advised the court of their mutual availability for a discovery conference. *See* ECF No. 85.

Accordingly, a conference is scheduled before Magistrate Judge Henry J. Ricardo on **October 18, 2024 at 3:00 p.m.**, by telephone. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 206 359 204#).

Counsel for Defendant is directed to advise pro se Plaintiff of the contents of this Order as soon as practicable.

The Clerk of Court is respectfully requested to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: October 11, 2024
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge