```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                    Plaintiff,

    -v-

NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On December 6, 2024, Defendant New York City Transit Authority filed a letter motion to compel Plaintiff Vaughn to produce certain documents and to preclude Plaintiff Vaughn from seeking certain categories of damages.  ECF No. 92.

    A conference is scheduled on **December 19, 2024 at 2:00 p.m.** by telephone. The parties should contact Chambers using the Court's conference line, +646-453-4442 (Conference ID: 763 154 12#).

    Counsel for the Defendant is directed to advise Plaintiff of the contents of this Order as soon as practicable.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

Dated: December 9, 2024
       New York, New York

                                                  _____
                                                  Henry J. Ricardo
                                                  United States Magistrate Judge