UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

     -v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 25, 2025, Plaintiff Phillip Vaughn filed a motion to stay this action. ECF No. 100. On January 29, 2025, Defendants filed a letter opposing this request, highlighting the prejudice to Defendants due to the delay. ECF No. 102. Plaintiff's motion to stay this action, ECF No. 100, is GRANTED IN PART and DENIED IN PART.

Discovery is hereby stayed until March 3, 2025. Plaintiff is directed to file a status report with the Court by March 3, 2025. The Court is concerned that Plaintiff is either unwilling or unable to prosecute this case. To the extent Plaintiff seeks to extend the stay beyond March 3, 2025, he must provide sufficiently detailed information, under seal if necessary, to justify a further stay.

Plaintiff is reminded that failure to comply with this Order or with any order of the Court or to comply with discovery obligations may result in sanctions, including monetary penalties and/or the dismissal or preclusion of claims.

1

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 100 as GRANTED IN PART and DENIED IN PART and to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

Dated: January 30, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge