UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2025_____

PHILLIP A. VAUGHN,

                    Plaintiff,

          -v-

NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Letter dated March 3, 2025, asking that the Court consider medical records in support of his request that this case be further stayed until April 25, 2025.  ECF No. 106.  Plaintiff submitted records to the Court under seal.  ECF No. 105.

The Court respectfully directs the Clerk of Court to unseal the records at ECF No. 105 and to enter those records on the docket with restricted viewing, such that only court personnel and parties to this case may view the records, and the general public does not have permission to view the records.

Once the medical records are available on the docket to the Court and to Defendants in this case, the Court will review the records and determine whether a further stay of this case is appropriate.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

1

**SO ORDERED.**

Dated: March 6, 2025
        New York, New York

_____

Henry J. Ricardo
United States Magistrate Judge