```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

        -v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a pre-motion conference regarding Defendant's Letter Motion to compel the production of certain documents, ECF No. 92, Plaintiff's Motion to oppose sanctions, ECF No. 117, and Plaintiff's Motion to hold Defendant in contempt, ECF No. 118. For the reasons discussed during today's conference, Defendant's Letter Motion is GRANTED IN PART AND DENIED IN PART and Plaintiff's two Motions are each DENIED.

    By **April 4, 2025**, the parties are directed to confer regarding resolution of this case and to submit a joint letter to the Court regarding the status, but not the substance, of their settlement discussions. If the parties agree that a referral to the court mediation program or a settlement conference before the undersigned would resolve this action, the parties should indicate as such in their joint letter.

    By **April 15, 2025**, Plaintiff is directed to submit a letter advising the Court as to whether he intends to withdraw his claims for economic injury, including for lost wages, and for mental, physical, and emotional injury. Plaintiff is encouraged

1

to consult the Pro Se Law Clinic as he considers this decision, and information about the Clinic is included at the end of this Order. Given this consideration, the Court denies without prejudice Defendant's motion to compel production of documents in response to Defendant's Requests for Production Nos. 6–7 and 9. As discussed during today's conference, if Plaintiff decides to proceed with his claims for economic injury and for mental, physical, and emotional injury, the Court will grant a renewed motion to compel production of documents responsive to these requests.

By **April 25, 2025**, Plaintiff is ordered to produce that are responsive to Defendant's Requests for Production Nos. 5, 8, and 11–17 and that he has not already produced. If Plaintiff does not have any additional documents responsive to these requests, he should state that in writing to Defendant.

By **May 15, 2025**, Plaintiff is ordered to appear for deposition. The parties are directed to confer regarding when, where, and how the deposition will take place.

The Court considered Plaintiff's request for the exclusion of certain documents produced by Defendant. *See* ECF No. 92 at 4–5. The Court finds that there is no dispute ripe for decision with respect to this request. The Court also considered and denied Plaintiff's Motion to hold Defendant in contempt. ECF No.

118. Plaintiff's Motion to oppose sanctions, ECF No. 117, is denied as moot as there is not currently a pending motion for sanctions before this Court.

Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases.  The Clinic may be able to provide a pro se party with advice in connection with their case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/

to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m.  Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

## CONCLUSION

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 92 as GRANTED IN PART AND DENIED IN PART, and to terminate the Motions at ECF Nos. 117 and 118 as DENIED.  The Clerk of Court is further directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 25, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge