USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/2/2025____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

    -v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 25, 2025, the Court held a pre-motion conference. ECF No. 121. For the reasons discussed during that conference, the Court granted in part and denied in part Defendant's Letter Motion to compel the production of certain documents. ECF No. 122 (the "March 25 Order"). The Court clarified that the denial as to Defendant's Requests for Production Nos. 6–7 and 9 was without prejudice while Plaintiff considered whether to withdraw certain claims, and advised Plaintiff that if he decided to proceed with his claims for economic injury and for mental, physical, and emotional injury, the Court would grant a renewed motion to compel production of documents responsive to these requests. *Id.*

By Letter dated April 19, 2025, Plaintiff advised the Court that he did not wish to withdraw his claims. ECF No. 128. By Letter Motion dated May 1, 2025,

Defendant renewed its motion to compel the production of documents responsive to its Requests for Production Nos. 6–7 and 9.  ECF No. 130.

For the reasons stated during the March 25 Conference, Defendant's letter motion is **GRANTED**.  Plaintiff is ordered to produce documents in his possession, custody, or control that are responsive to Defendant's Requests for Production Nos. 6–7 and 9 by **May 16, 2025**.  The deadline for Plaintiff to appear for deposition is extended to **May 30, 2025**.

Plaintiff is cautioned that failure to produce documents in compliance with this Order and the March 25 Order or failure to appear for deposition could result in the imposition of sanctions under Federal Rule of Civil Procedure 37, including potential dismissal of Plaintiff's claims.

## CONCLUSION

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 130 as GRANTED.  The Clerk of Court is further directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 2, 2025
    New York, New York

Henry J. Ricardo
United States Magistrate Judge