```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/2/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

              Plaintiff,

    -v-

NEW YORK CITY TRANSIT AUTHORITY,

              Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated April 15, 2025, the Court referred this case for mediation to the Court annexed Mediation Program. ECF No. 126.

    A conference is scheduled on **June 13, 2025 at 12:00 p.m.** by telephone to discuss the status of the parties' mediation efforts. The parties should contact Chambers using the Court's conference line, +646-453-4442 (Conference ID: 216 531 629#).

    Counsel for the Defendant is directed to advise Plaintiff of the contents of this Order as soon as practicable.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

Dated: June 2, 2025
       New York, New York

                                                      Henry J. Ricardo
                                                      United States Magistrate Judge