```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

**MEDIATION WITHDRAWAL ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    It is hereby ORDERED that this case is withdrawn from the Court-annexed Mediation Program.

**SO ORDERED.**

Dated: June 13, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1