USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was scheduled for today to discuss settlement procedures and to schedule a future settlement conference. ECF No. 145. However, Plaintiff, who is proceeding pro se, failed to appear.

    The Court will reschedule the call to **Friday, August 8,** at **10:00 a.m.** The parties should dial in to 646-453-4442 and use the conference ID 346 160 523#.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: July 30, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1