UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

    -v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2025

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Motion dated July 31, 2025, Plaintiff requested that the Court reschedule the conference scheduled on July 30, 2025, at which Plaintiff failed to appear. ECF No. 147. As the Court already rescheduled the conference on **Friday, August 8, 2025,** at **10:00 a.m.**, *see* ECF No. 146, Plaintiff's Motion at ECF No. 147 is **DENIED AS MOOT**. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 346 160 523#).

    As this is not the first conference that Plaintiff has failed to attend, Plaintiff is reminded that all litigants, including those proceeding *pro se*, have an obligation to stay up to date with activity on the docket. Copies of all Court Orders are mailed to Plaintiff by the Clerk's Office, and Plaintiff can also access the docket online through the Electronic Case Filing System.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: August 5, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge