UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

      -v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2025

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss settlement with the parties. Defendant is directed to make a proposal for settlement in line with today's discussions and should share it with Plaintiff for his consideration.

    A conference is scheduled on **Friday, September 5, 2025**, at 10:00 a.m. by telephone to discuss the parties' continued settlement efforts and to schedule a future settlement conference. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 132 302 451#).

    Further, for the reasons discussed during today's conference, the deadline for Plaintiff's deposition is adjourned pending the parties' continued settlement efforts.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: August 8, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge