```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

               Plaintiff,

      -v-

NEW YORK CITY TRANSIT AUTHORITY,

              Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss settlement on September 5, 2025, at which Plaintiff did not appear. The Court was advised that Plaintiff had sought an adjournment of the conference and Defendants consented.

    Accordingly, a conference is scheduled on **September 18, 2025**, at **10:00 a.m.** by telephone to discuss the parties' continued settlement efforts and to schedule a future settlement conference. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 706 137 886#).

    Defendant is directed to advise Plaintiff of the contents of this Order.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: September 5, 2025
       New York, New York

                                                    Henry J. Ricardo
                                                   United States Magistrate Judge