UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                    Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2025

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss settlement on September 18, 2025. As discussed during that conference, Defendants are directed to provide Plaintiff with a written settlement proposal by **October 10, 2025**, and to provide a copy to chambers by email at the same time. The parties are directed to confer with each other regarding the proposal after it is provided and in advance of the conference on October 31, 2025.

    A conference is scheduled on **October 31, 2025**, at **10:00 a.m.** by telephone to discuss the parties' continued settlement efforts and to schedule a future settlement conference. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 288 108 150#).

    Defendant is directed to advise Plaintiff of the contents of this Order.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

1

**SO ORDERED.**

Dated: September 18, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge