```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss settlement on October 31, 2025. As discussed during that conference, another conference is scheduled on **November 21, 2025**, at **11:00 a.m.** by telephone. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 953 776 724#).

    Defendant is directed to advise Plaintiff of the contents of this Order.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: November 3, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge