```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court scheduled a conference on November 21, 2025, to continue discussions regarding the parties' settlement efforts. ECF No. 154. On November 10, 2025, Chief Judge Swain entered a Standing Order regarding the lapse in federal funding and corresponding effect on court operations, ordering that "the Courthouse will be closed to the public and press on Fridays until further notice except for proceedings and activities necessary to fulfill the Court's constitutional obligations." *In re: Court Operations Pending the Restoration of Funding*, Case No. 25-mc-512, ECF No. 1 (S.D.N.Y. Nov. 10, 2025).

    Accordingly, the conference is adjourned to **December 2, 2025**, at **3:30 p.m.** by telephone. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 953 776 724#).

    Defendant is directed to advise Plaintiff of the contents of this Order.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: November 13, 2025
      New York, New York

                                       Henry J. Ricardo
                                       United States Magistrate Judge