USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                    Plaintiff,

        -v-

NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference on December 2, 2025, to discuss the status of the parties' settlement efforts. During today's conference, the parties reported that they have made substantial progress toward settlement.

    Another conference is scheduled on **January 5, 2026**, at **2:00 p.m.** by telephone. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 411 247 723#).

    Defendant is directed to advise Plaintiff of the contents of this Order.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: December 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1