UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2026

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on January 5, 2026 to discuss settlement.  It appears that the Parties are unable to reach a settlement at this time, and the Parties will therefore focus on completing discovery by **February 27, 2026**.

Mr. Vaughn's deposition will take place on **February 24, 2026**.  By **January 9, 2026**, Defendant must advise Mr. Vaughn and the Court whether Steven Schulman continues to be employed by Defendant or whether Defendant will otherwise make Mr. Schulman available for deposition.  If not, Defendant must provide Mr. Vaughn with Mr. Schulman's last known address so that Mr. Vaughn can serve a deposition subpoena if he wishes to do so.  Mr. Vaughn confirmed that he understands he is responsible for arranging for a court reporter for any deposition that he takes.  Any deposition of Mr. Schulman must be completed by **February 27, 2026**.

The Parties will submit a joint status letter providing an update regarding discovery by **January 30, 2026**.

1

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: January 5, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2