UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2026

PHILLIP A. VAUGHN,

                    Plaintiff,

        -v-

NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report dated January 30, 2026.  ECF No. 158.  The parties shall file another joint status letter by **March 2, 2026**.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: February 2, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge