UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/3/2026___

PHILLIP A. VAUGHN,

                    Plaintiff,

          -v-

NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the status report dated March 2, 2026. ECF No. 160. This status report alleges serious misconduct during Plaintiff's deposition, after multiple previous unsuccessful attempts to take the deposition.

Plaintiff is directed to submit a substantive response to these allegations by **March 16, 2026**, in which he must explain why he should not be ordered to appear for an in-person deposition in Courtroom 21D at 500 Pearl Street, New York, New York 10007, at which the undersigned will preside and rule on any objections.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: March 3, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1