UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                    Plaintiff,

        -v-

NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/18/2026_

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter dated March 16, 2026, ECF No. 162, in which he requests an extension of time to respond to the Court's March 3, 2026 Order, ECF No. 161.  Plaintiff shall submit his substantive response to the Court's March 3 Order by **April 1, 2026**.  No further extensions of time will be granted.

Plaintiff is ORDERED to appear for an in-person deposition on **April 15, 2026**, at **10:00 a.m.** in Courtroom 21D at 500 Pearl Street, New York, New York 10007, at which the undersigned will preside and rule on any objections.  This date will not be moved or cancelled unless the Court orders otherwise based on Plaintiff's forthcoming submission.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: March 18, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2