UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

        -v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2026

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter ("Plaintiff's Letter") requesting for an extension of time to respond to allegations of misconduct at a recent deposition and to adjourn an upcoming deposition until May 21, 2026. ECF No. 166. The relief sought in Plaintiff's Letter is **DENIED.** Plaintiff's opportunity to respond to allegations of misconduct has passed and shall not be further extended. ECF No. 163. The date of the in-person deposition remains April 29, 2026, at 10:00 a.m. ECF No. 165.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: April 20, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1