UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                                Plaintiff,

                    -v-

NEW YORK CITY TRANSIT AUTHORITY,

                                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/29/2026__

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 18, 2026, Plaintiff was ordered to appear for an in-person deposition presided over by the undersigned.  ECF No. 163.  The in-person deposition was scheduled because the Defendant had complained of serious misconduct by the Plaintiff at an earlier video deposition, an allegation that Plaintiff has never rebutted despite being given multiple opportunities to do so. ECF Nos. 160, 161, 163.  The Court reiterated that the deposition would proceed and specified the date and time of the deposition in Orders dated March 25, 2026, and April 20, 2026.  ECF Nos. 165 and 167.

At the last minute, the Court was notified that Plaintiff would not appear at the in-person deposition because of a medical procedure scheduled the same day. ECF No. 169.  Accordingly, the scheduled deposition was not able to proceed.  If Defendant wishes to seek discovery sanctions, it should file a pre-motion letter by **May 11, 2026**.

1

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: April 29, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2