UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                Plaintiff,

        -v-

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/14/2026__

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion ("Plaintiff's Motion"), ECF No. 174, requesting an opportunity to respond to Defendant's pre-motion letter regarding an anticipated motion for sanctions, ECF No. 172.

Plaintiff's Motion is **DENIED AS MOOT.** The undersigned already gave Plaintiff a deadline of **June 11, 2026** to respond to Defendant's letter by Order dated May 12, 2026. ECF No. 173.

The Clerk of Court is respectfully directed to terminate Plaintiff's Motion at ECF No. 174 as **DENIED** and to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: May 14, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1