UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

               Plaintiff,

     -v-

NEW YORK CITY TRANSIT AUTHORITY,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/15/2026_

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion entitled "Request for Special Accommodation." ECF No. 176. It is not entirely clear what relief is sought by this motion, but the undersigned construes it as a request that the June 23, 2026 conference to discuss Defendant's anticipated sanctions motion not be held in person.

As the order scheduling the conference states, the conference will be held by telephone. ECF No. 173. Accordingly, the motion is **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 176 as **DENIED** and to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: May 15, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1