UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/18/2026___

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion entitled "Request for Special Accommodation." ECF No. 178. While filed as a motion, the document appears to be a settlement proposal. The parties are free to settle the case without court intervention. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 178 as **DENIED** without prejudice.

**SO ORDERED.**

Dated: May 18, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge