UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

                     Plaintiff,

          -v-

NEW YORK CITY TRANSIT AUTHORITY,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2026

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's response to the pre-motion letter for an anticipated sanctions motion. ECF No. 182. If Plaintiff has confidential documents that he wants to be considered in connection with the sanctions motion, he needs to share the documents with Defendant and file them under seal on the docket. Plaintiff should also specify who he wants to attend his deposition, assuming it goes forward.

**SO ORDERED.**

Dated: June 17, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge