UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

               Plaintiff,

        -v-

NEW YORK CITY TRANSIT AUTHORITY,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2026

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 23, 2026 to discuss Defendant's pre-motion letter, ECF No. 172. For the reasons articulated at the conference, the Parties shall adhere to the following directives.

At Defendant's request, the deadline for filing the motion for sanctions is **August 21, 2026**. Plaintiff shall file a response by **September 21, 2026**. Defendant shall file a reply by **October 5, 2026**.

As of today, the Court is available to preside over Defendant's deposition of Plaintiff on the following dates in July 2026: July 13, July 21, July 23, July 24, July 27, or July 29. The Parties are currently focused on July 23 or July 24. The Parties shall file a letter on the docket no later than **June 30, 2026** stating their preferred date. The deposition will take place in the jury room of Courtroom 21D at 500 Pearl Street, New York, New York 10007. Plaintiff may bring people to the deposition for moral support so long as he sends the names of his guests to Defendant **one week prior** to the deposition. **Plaintiff is warned that failure to appear for the**

deposition yet again would support the imposition of sanctions.

**SO ORDERED.**

Dated: June 23, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge