USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, which seems to indicate that he wishes to depose himself under the Court's supervision. ECF No. 195. The discovery deadline set by the Court was February 27, 2026, which was acknowledged by the Parties' January 30, 2026 status update. *See* ECF Nos. 157, 158. Since then, the Parties have focused on completing Plaintiff's deposition, which occurred on July 24, 2026. There is no need for Plaintiff to take his own deposition, and in any event, discovery is over. Therefore, the request is **DENIED**.

Now that fact discovery has closed, the parties shall provide a joint post-discovery report to the Court by **August 24, 2026** that addresses: (1) whether any expert discovery is required in this case (and if so, the parties should propose a schedule for such discovery) and (2) whether any dispositive motions are contemplated.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge