USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter seeking direction from the Court on discovery. ECF No. 198. Defendant is directed to respond to the letter by **August 26, 2026**.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge