USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the status report outlining the Parties' intent regarding expert discovery and dispositive motions. ECF No. 203. Plaintiff is advised that expert discovery is not another opportunity to obtain deposition testimony from fact witnesses. Defendant has no expert testimony it wishes to offer.

If Plaintiff plans to offer expert testimony at trial, he must provide the disclosures regarding such expert testimony that are required by Federal Rule of Civil Procedure 26(a)(2) to Defendant by **September 30, 2026**. Defendant shall have until **October 30, 2026** to take the depositions of any experts that Plaintiff discloses. Subject to the District Judge's individual practices, any summary judgment motions shall be filed by **November 30, 2026**.

**SO ORDERED.**

Dated: August 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge