USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion asking to file a delayed response to Defendants' response letter at ECF No. 201. ECF No. 205. Because the undersigned already ruled on the issues discussed in Defendants' letter, *see* ECF No. 203, the motion is **DENIED** as moot.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 205 as **DENIED**.

**SO ORDERED.**

Dated: August 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge