USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motions, ECF Nos. 207 and 208 (the "Motions"), requesting to file a delayed response to Defendant's response letter at ECF No. 201. Plaintiff's prior requests for the same relief have already been addressed and there is no need for a reply to Defendant's letter. Therefore, the Motions are **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 207 and 208 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: September 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge