USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter response to Plaintiff's October 9, 2026 motion requesting a conference on a discovery dispute. ECF No. 214.

In his October 9, 2026 filing, Plaintiff appears to complain that Defendant will not take the depositions of his experts. ECF No. 212. But Plaintiff fails to demonstrate that he provided the disclosure required to offer expert testimony, as he was directed to do in the Order dated August 25, 2026, and Defendant asserts that Plaintiff made no such disclosure. ECF No. 204; ECF No. 214. Thus, Plaintiff may not offer expert testimony from these individuals and there is no need for them to be deposed during the expert discovery period, which ends on October 30, 2026. ECF No. 204.

Accordingly, the relief Plaintiff requested in his October 9, 2026 motion is **DENIED**, and the conference scheduled for November 9, 2026 by Order dated October 14, 2026 is cancelled. ECF No. 212; ECF No. 213.

**SO ORDERED.**

Dated: October 22, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge