USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP A. VAUGHN,

Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

**ORDER**

21-CV-7048 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion requesting to adjourn a conference scheduled for November 9, 2026. ECF No. 216. The motion is **DENIED** as moot, since the conference scheduled for November 9, 2026 was cancelled by the order dated October 22, 2026. *See* ECF No. 215.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 216 as **DENIED** as moot.

**SO ORDERED.**

Dated: October 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge